# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CESAR GONZALEZ SOLIS,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>A. NEIL CLARK, Field Office Director,<br>U.S. Immigration and Customs Enforcement,<br><br>　　　　Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:　<u>C08-1453-MJP</u> |

__　__　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

　　　The Report and Recommendation is adopted and approved. Petitioner's Petition for Writ of Habeas Corpus is DENIED, Respondent's Motion to Dismiss is GRANTED and this action is DISMISSED with prejudice.

　　　Dated this ___2nd_ day of _____March_____, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　　BRUCE RIFKIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　/s Mary Duett
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk